Robert L. Hyde (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart (SBN: 225557)
josh@westcoastlitigation.com
HYDE & SWIGART
110 West 'C' Street, Suite 2018
San Diego, CA 92101
Telephone:  (619) 233-7770
Facsimile: (619) 330-4657

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA COSTA,<br><br>   PLAINTIFF,<br><br>V.<br><br>NATIONAL ACTION FINANCIAL SERVICES, AND ELIZABETH DOE,<br><br>   DEFENDANT. | CASE NO.: C 05 02286 EMC<br><br>STIPULATION TO TRANSFER<br><br>Granted |

1    **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

2    attorneys of record that whereas Plaintiff has filed their Complaint in an improper venue, it is

3
     in the interest of justice that the above entitled case be transferred to the United States
4
5    District Court, Eastern District of California.

6    Dated: September _13_, 2005.

7
     **HYDE & SWIGART**
8

9
     Attorneys for Plaintiff
10   Joshua B. Swigart
11   Dated: September ____, 2005.

12   **MURPHY, PEARSON, BRADLEY & FEENEY**

13

14

15
     June D. Coleman
16   Attorneys for Defendant
17   NATIONAL ACTION FINANCIAL SERVICES and ELIZABETH DOE

18

19

20

21

22

23

24

25

26

27

28

---

1.  It is stipulated by all parties that the above entitled action was erroneously filed in the wrong venue, and;

2.  That it is in the interest of justice that this case is transferred to the United States District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: 10/11/2005

HON. ~~EDWARD M. CHEN~~ Martin J. Jenkins
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

IT IS FURTHER ORDERED, that the hearing on Defendant's Motion to Dismiss set for October 25, 2005, is vacated.